```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION

IN RE:
COLONY BEACH & TENNIS CLUB
ASSOCIATION, INC.,

             Debtor.
_____/

COLONY BEACH & TENNIS CLUB
ASSOCIATION, INC.,

             Appellant,
v.                                    Case No.  8:13-cv-482-T-33
                                       Bankr. No. 8:08-bk-16972-KRM
                                      Adv. Pro. No. 8:08-AP-568-KRM


WILLIAM W. MERRILL TRUST,
CAROLYN L. FIELD TRUST, WILLIAM
W. MERRILL, CAROLYN L. FIELD,
Trustee of the Carolyn L. Field
Family Trust, COLONY BEACH &
TENNIS CLUB, INC., and COLONY
BEACH, INC.,

             Appellees.
_____/
```

**ORDER**

This matter comes before the Court pursuant to Appellant's Motion to Transfer and Consolidate Related Cases (Doc. # 10), which was filed on March 20, 2013. Appellant seeks an order transferring this case to Judge Merryday pursuant to Local Rule 1.04(b), M.D. Fla., because Judge

Merryday presides over related case No. 8:10-cv-913-SDM.[1] Appellee Carolyn L. Field filed a response in opposition to the Motion to Transfer on April 11, 2013.  (Doc. # 13).

Appellant remarks, "[g]ood cause exists to transfer this appeal to Judge Merryday because the related appeals all arise from adversary proceedings commenced in the [Appellant's] Bankruptcy Case, share a common background of pertinent facts, and Judge Merryday is already familiar with much of the related proceedings in the Bankruptcy Court."  (Doc. # 10 at 2).

This Court agrees.  With the consent of Judge Merryday, and upon consideration of Local Rule 1.04(b), M.D. Fla., this Court hereby transfers this case to Judge Merryday for all further proceedings.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

---

[1] Local Rule 1.04(b) provides, in relevant part: "If cases assigned to different judges are related because of either a common question of fact or any other prospective duplication in the prosecution or resolution of the cases, a party may move to transfer any related case to the judge assigned to the first-filed among the related cases.  The moving party shall file a notice of filing the motion to transfer, including a copy of the motion to transfer, in each related case.  The proposed transferor judge shall dispose of the motion to transfer but shall grant the motion only with the consent of the transferee judge."

(1) Appellant's Motion to Transfer and Consolidate Related Cases (Doc. # 10) is **GRANTED**.

(2) The Clerk is directed to re-open and re-assign this case to Judge Merryday, with his consent, for all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of April 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record